# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| THEOLIVIA C. BRAXTON, THROUGH HER COURT APPOINTED SUBSTITUTE, CALVIN C. BRAXTON, | : | No. 64 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CYNCON, INC. AND HERBERT W. HINES AND MARY ELLEN HINES, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.